**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-529-GCM**

| | | |
|---|---|---|
| **CONTINENTAL CASUALTY COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **AMERISURE INSURANCE COMPANY,** | ) | |
| **Defendant.** | ) | |
| | ) | |

 

 

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Karen Ventrell,** filed August 21, 2015 [doc. # 15].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Ventrell is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Continental Casualty Company.

**IT IS SO ORDERED.**

Signed: September 3, 2015

Graham C. Mullen
United States District Judge