IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV529

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ORDER ) |
| AMERISURE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

This matter is before the Court upon Defendant's Motions to Quash Subpoena and Motion for a Protective Order (Doc. Nos. 24 and 25). Plaintiff has failed to file a response to Defendant's motions. Accordingly, for the reasons stated in Defendant's Memorandum of Law in Support of Objection and Motion to Quash Subpoenas to Ben Hau and Motion for a Protective Order,

IT IS THEREFORE ORDERED THAT Defendant's Motions to Quash Subpoena and Motion for a Protective Order (Doc. Nos. 24 and 25) are hereby GRANTED.

Signed: December 16, 2015

Graham C. Mullen
United States District Judge