IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV529

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| AMERISURE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

This matter is before the Court upon Plaintiff's Motion to Compel (Doc. No. 23), filed on November 5, 2015. Plaintiff seeks to compel Defendant to produce certain documents requested in document request numbers 7, 8 and 9 of Plaintiff's Request for Production of Documents, served on Defendants on March 12, 2015. Defendant responded to these requests on May 13, 2015, objecting on the grounds that the requests were overly broad, unduly burdensome, and unlikely to lead to the discovery of admissible evidence.

Based upon the Court's review of the Plaintiff's motion and the Defendant's brief in opposition, the Court finds that Plaintiff's Motion to Compel is untimely, and the requests are overly-broad, unduly burdensome, and outside the scope permitted by Rule 26(b)(1). Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel is hereby DENIED.

Signed: December 17, 2015

Graham C. Mullen
United States District Judge