IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-529-GCM

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, ) | |
| Plaintiff, ) | |
| ) | |
| v ) | **ORDER** |
| ) | |
| AMERISURE INSURANCE COMPANY, ) | |
| Defendant. ) | |

THIS MATTER is before the Court on its own motion. Due to pending Motions for Summary Judgment, the trial in this matter is **RE-SET for the July 11, 2016** term of court.

IT IS SO ORDERED.

Signed: January 26, 2016

Graham C. Mullen
United States District Judge