IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-529-GCM

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> AMERISURE INSURANCE COMPANY, ) <br> Defendant. ) | **ORDER** |

THIS MATTER is before the Court on its own motion. Due to pending Motions for Summary Judgment under consideration by the Court, the trial in this matter is **RE-SET for the February 13, 2017** term of court.

IT IS SO ORDERED.

Signed: August 2, 2016

Graham C. Mullen
United States District Judge