IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV529

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| AMERISURE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon Defendant's Motion to Strike Plaintiff's Response to Defendant's Supplemental Authority, or Alternatively For Leave to File a Reply to Plaintiff's Response. The Court will deny the motion to strike but will allow Defendant until November 14, 2016 to file a very brief reply limited to the argument raised in Plaintiff's Response.

IT IS SO ORDERED.

Signed: November 10, 2016

Graham C. Mullen
United States District Judge