IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV529

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| AMERISURE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon remand from the Fourth Circuit for entry of an award in Continental's favor for the full amount of its fees and costs incurred in defending the *Miller* action. Accordingly, counsel for Continental are hereby directed to file a Declaration under penalty of perjury stating the total amount of those fees and costs incurred. The Court will thereafter enter a judgment.

IT IS SO ORDERED.

Signed: April 20, 2018

Graham C. Mullen
United States District Judge