IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV529

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERISURE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____)  | ORDER |

This matter is before the Court upon Defendant's "Motion to Determine Reasonableness of Attorneys' Fees." (Doc. No. 80). The Fourth Circuit recently remanded this case to this Court "for entry of an award in Continental's favor *for the full amount* of its fees and costs incurred in defending the Miller action." *Continental Casualty Co. v. Amerisure Ins. Co*., 886 F.3d 366, 375 (4th Cir. 2018) (emphasis added). Pursuant to the Fourth Circuit's decision, this Court thereafter directed counsel for Continental to file a Declaration stating the total amount of the fees and costs incurred in defending the Miller case, which counsel did on May 3, 2018. (Doc. No. 82). Prior to Plaintiff filing its Declaration, the Defendant filed the present motion.

The Court finds the Defendant's motion improper and in contravention of the Fourth Circuit's opinion. The Fourth Circuit's directive is clear that Continental shall be awarded the "full amount" of its fees and costs incurred in defending the Miller case. Moreover, there has been no Rule 54(d)(2) motion for prevailing party attorneys' fees in this case. Accordingly,

IT IS THEREFORE ORDERD that Defendant's Motion to Determine Reasonableness of Attorneys' Fees is hereby DENIED; and

IT IS FURTHER ORDERED that Continental is entitled to judgment against Amerisure in the amount of $1,700,000, plus prejudgment interest in the amount of $275,776.50, and that Amerisure must pay the full amount of Continental's fees and costs incurred in defending the Miller action, consisting of fees and costs in the amount of $661,765.98, plus prejudgment interest in the amount of $142,870.03.

Signed: May 14, 2018

Graham C. Mullen
United States District Judge